NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
Ryan M. Ferrell, Bar No. 258037
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Ex. Rel., ZACHARY HALLSTROM,<br><br>Plaintiff,<br><br>vs.<br><br>NATHANS NATURALS LLC, a New York Limited Liability Company; and DOES 1-20, Inclusive,<br><br>Defendants. | Case No.  2:10-CV-03289-JAM-GGH<br><br>**ORDER** |

   The Court, having considered the Voluntary Dismissal filed by the Parties herein, finds that the Parties have reached a settlement and that this action should be dismissed with prejudice.

DATED: January 24, 2011

/s/ John A. Mendez
HON. JOHN A MENDEZ
United States District Judge

**[PROPOSED] ORDER RE DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com